IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

THE PHOENIX INSURANCE           )
COMPANY, a Foreign Stock Insurance )
Company.                        )
                                )  Civil Action No. 2:24-cv-0041
    Plaintiff,                  )
                                )
v.                              )
                                )
JANE KEMBLE DUNBAR              )
LIVING TRUST; and JANE DUNBAR, an )
individual.                     )
                                )
    Defendants.                 )
                                )

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
W.R.C.P. 41(a)(1)(A)**

PLEASE TAKE NOTICE that Plaintiff, The Phoenix Insurance Company ("Plaintiff"),

hereby voluntarily dismisses all remaining defendants identified in the above-captioned case,

without prejudice, pursuant to W.R.C.P. 41(a)(1)(A). This dismissal is part of an agreement

reached between Plaintiff and Defendants Jane Kemble Dunbar Living Trust and Jane Dunbar for

valuable consideration. Pursuant to W.R.C.P. 41(a)(1)(A), Plaintiff has the power to dismiss these

entities without court intervention because Defendants have not filed or served an Answer to the

Complaint and Jury Demand nor filed or served a motion for summary judgment.

WHEREFORE, Plaintiff hereby advises the Court that the above-captioned matter is

dismissed without prejudice with each party to bear their own attorneys' fees and costs.

1

2

Filed on August 19, 2024.

MONTGOMERY | AMATUZIO


By:  *s/ Taylor G. Ostrowski*
    Taylor G. Ostrowski

4100 E. Mississippi Ave., 16th Floor
Denver, Colorado 80246
Telephone: (303) 592-6600
tostrowski@mac-legal.com

*Attorney for The Phoenix Insurance Company*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO W.R.C.P. 41(a)(1)(A)** was prepared and served upon the below individuals in the matter identified, on this 19th day of August 2024.

*Attorney for Defendants Jane Kemble*
*Dunbar Living Trust and Jane Dunbar:*

Amanda K. Roberts, WSB #6-3946
LONABAUGH AND RIGGS, LLP
P.O. Drawer 5059
Sheridan, WY 82801
amanda@lonabaugh.com

☐ U.S. Mail  ☒ Email  ☒ ECF

*/s/ Samantha Trujillo*_____
Samantha Trujillo, Legal Assistant

3